UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

THOMAS LIBERT

    Plaintiff,

v.

ZENTURE SOLUTIONS, LLC d/b/a
FOX VALLEY LAWN MOWING

    Defendant

Case No.: 20-cv-1508

---

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

---

Plaintiff, Thomas Libert, hereby provides Notice to this Court that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter may be voluntarily dismissed with prejudice and without costs to either party.

Dated: November 19, 2020

By: *s/ Matthew J. Tobin*
Matthew J. Tobin, SBN 1097545
Walcheske & Luzi, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: mtobin@walcheskeluzi.com

*Attorney for Plaintiff*